IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK REVAL PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-00743-CG-N |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1 (c) is **ADOPTED** as the opinion of this Court. Defendant's motion to dismiss is hereby **DENIED** as **MOOT**.

**DONE and ORDERED** this 21st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE